IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM B. BUTLER, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-9 (MTT) |
| BRANDON FLENORY, DON BLAKELY, JAMES HINTON, and WARDEN GREGORY MCLAUGHLIN | ) |
| Defendants. | ) |

### ORDER

Before the Court is Magistrate Judge Stephen Hyles's Recommendation on the Plaintiff's Complaint. (Doc. 5). The Magistrate Judge recommends dismissing the Plaintiff's claims against Warden Gregory McLaughlin without prejudice because the Plaintiff fails to state "a colorable claim against McLaughlin." (Doc. 5 at 4). The Plaintiff has objected to the Recommendation. (Doc. 10).

The Court has reviewed the Plaintiff's Complaint, the Recommendation and the Plaintiff's Objection. The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The claims against Warden Gregory McLaughlin are **DISMISSED**.

**SO ORDERED**, this 12th day of February, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT